

# Fourth Court of Appeals
## San Antonio, Texas

September 24, 2015

No. 04-15-00481-CV

**JOERIS GENERAL CONTRACTORS, LTD.,**
Appellant

v.

Rolando **CUMPIAN**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-14392
Honorable Stephani A. Walsh, Judge Presiding

# O R D E R

The court reporter responsible for preparing the reporter's record for this appeal filed a notification of late record stating the reporter's record has not been filed because appellant failed to request the record in writing and failed to pay the reporter's fee. Appellant filed proof of arrangement for payment on September 10, 2015.

It is therefore ORDERED the reporter's record be filed no later than November 2, 2015.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of September, 2015.

_____
Keith E. Hottle
Clerk of Court